UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HOPECOAST SHIPPING CO. LTD.,

                Plaintiff,     :   ECF CASE

   - against -                          :

ENERGON TRADE S.A. and COSMOTRANS   :
NAVIGATION S.A.,
                               :

               Defendants.
------------------------------------------------------------------X

07 CIV 4000

JUDGE STEIN

RECEIVED MAY 22 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: May 22, 2007
       Southport, CT

                          The Plaintiff,
                          HOPECOAST SHIPPING CO. LTD.

                          By: _____
                          Nancy R. Peterson (NP 2871)
                          Kevin J. Lennon (KL 5072)

                          LENNON, MURPHY & LENNON, LLC
                          The Gray Bar Building
                          420 Lexington Ave., Suite 300
                          New York, NY 10170
                          Phone (212) 490-6050
                          Fax (212) 490-6070
                          nrp@lenmur.com
                          kjl@lenmur.com