```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPECOAST SHIPPING CO. LTD.,

    Plaintiff,

  - against -

ENERGON TRADE S.A. and
COSMOTRANS NAVIGATION S.A.,

    Defendants.

------------------------------------x

07-cv-4000 (SHS)

STIPULATION & ORDER REGARDING
DISMISSAL OF ACTION AND RELEASE
OF FUNDS UNDER ATTACHMENT

Plaintiff and Defendants through their respective undersigned counsel, hereby stipulate as follows:

1. The order of attachment issued in this case against any assets or property of the Defendants is vacated;

2. Funds in the amount of $205,856.32 currently under attachment and in the custody of Citibank shall be released immediately and simultaneously transferred pursuant to the original wire transfer instructions to the originally designated bank account identified in the wire;

3. This case shall thereafter be discontinued with prejudice and without costs as to any party.

Dated: New York, New York
   October 9, 2007

_____
LENNON, MURPHY & LENNON, LLC
Kevin J. Lennon (KL 5072)
420 Lexington Avenue, Suite 300
New York, NY 10170
212-490-6050
212-490-6070 (fax)
Attorneys for Plaintiff

_____
FREEHILL HOGAN & MAHAR, LLP
Pamela L. Schultz (PS 8673)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Attorneys for Defendants

NYDOCS1/291019.1

SO ORDERED: 10/10/07

_____
U.S.D.J.